IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cereste Sanon,<br><br>          Petitioner,<br><br>vs.<br><br>Katrina S. Kane,<br><br>          Respondent. | No. CV11-2291 PHX DGC (MHB)<br><br>**ORDER** |

Petitioner Cereste Sanon has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Doc. 1.  United States Magistrate Judge Michelle H. Burns has issued a report and recommendation ("R&R") recommending that the petition be dismissed as moot.  Doc. 15.  No objection has been filed, which relieves the Court of its obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  The Court will accept the R&R and dismiss the petition as moot.

**IT IS ORDERED:**

1. The R&R (Doc. 15) is **accepted**.
2. The petition for writ of habeas corpus (Doc. 1) is **dismissed as moot**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

1       4.    The Clerk is directed to **terminate** this action.

2   Dated this 23rd day of April, 2012.

*(signature)*
_____
David G. Campbell
United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -